**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AmGUARD INSURANCE COMPANY a/s/o SPA CO INC. d/b/a Andreas<br>          Plaintiff,<br>     v.<br>C&M, LLC,<br>          Defendant. | Case No.: 23-CV-00043<br><br>Jury Trial: ☒ Yes ☐ No |

**PLAINTIFF, AMGUARD INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, AmGuard Insurance Company, pursuant to Federal Rule of Civil Procedure Rule 7.1, submits this Corporate Disclosure Statement and states:

1.     Plaintiff AmGuard Insurance Company is a wholly owned subsidiary of WestGUARD Insurance Company, which is a wholly owned subsidiary of National Indemnity Company. National Indemnity Company is wholly owned by Berkshire Hathaway Inc.

2.     Berkshire Hathaway Inc. is publicly traded and owns 10% or more of AmGuard Insurance Company's stock.

Dated: February 1, 2023        Respectfully submitted,
                               AmGUARD INSURANCE COMPANY a/s/o
                               SPA CO INC. d/b/a Andreas

                               */s/ Shannon M. Warren*

                               Shannon M. Warren, Esq.
                               RI Juris #8511
                               Uehlein & Associates, LLC
                               200 Friberg Parkway, Suite 4000
                               Westborough, MA 01581
                               508-630-5625
                               swarren@isgfocus.com