# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AmGUARD INSURANCE COMPANY a/s/o SPA CO INC. d/b/a Andreas<br><br>Plaintiff,<br><br>v.<br><br>C&M, LLC,<br><br>Defendant. | Case No.: 1:23-CV-00043 |

## NOTICE OF APPEARANCE

Please enter my appearance herein as attorney for Plaintiff, AmGuard Insurance Company a/s/o Spa Co., Inc. d/b/a Andreas in the above-entitled action.

        Respectfully Submitted,
        AmGuard Insurance Company,
        By its attorneys,


        /s/ Diana D. O'Hara
        Diana D. O'Hara, BBO #9219
        do@nesubro.com
        **Parenteau & O'Hara, P.C.**
        1661 Worcester Road, Suite 204
        Framingham, MA  01701
        (508) 232-6267

Date: March 15, 2023

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing was or will immediately be mailed or delivered electronically or non-electronically on this 14th day of March 2023, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

            /s/ Diana D. O'Hara
            Diana D. O'Hara, Esq.