## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AmGUARD INSURANCE COMPANY a/s/o SPA CO INC. d/b/a Andreas <br>      Plaintiff, <br>   v. <br><br> C&M, LLC, <br>      Defendant. | Case No.: 1:23-CV-00043 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to USDC Rules of Civil Procedure, Rule 41(a)(1)(A), Plaintiff, AmGuard Insurance Company a/s/o Spa Co Inc. d/b/a Andreas, hereby stipulates that all claims, counterclaims, and cross-claims amongst or between the parties are dismissed with prejudice, without costs, and all parties waiving any and all rights of appeal.

               Respectfully Submitted,
               AmGuard Insurance Company,
               By its attorneys,


               /s/ Diana D. O'Hara
               Diana D. O'Hara, BBO #9219
               do@nesubro.com
               **Parenteau & O'Hara, P.C.**
               1661 Worcester Road, Suite 204
               Framingham, MA  01701
               (508) 232-6267

Date: May 31, 2023